Rev. 5/2017 Prisoner Complaint

United States District Court
~~Eastern District of North Carolina~~
~~Western Division~~
Northern District of Mississippi

Case No. _____
(To be filled out by Clerk's Office only)

**FILED**

NOV 02 2020

DAVID CREWS, CLERK
BY_____ Deputy

Jamey Paul Burrage

Inmate Number 81800

_(In the space above enter the full name(s) of the plaintiff(s).)_

Case No.: 1:20-cv-222

# COMPLAINT
(*Pro Se* Prisoner)

-against-

Lee County Adult Jail Medical Dept.

Jury Demand?
☑ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Jamey Paul Burrage

Prisoner ID #: 81800

Place of Detention: Lee County Adult Jail

Institutional Address: 510 N. Commerce St

City: Tupelo   State: MS   Zip Code: 38804

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Lee County Adult Jail**
Name

**Medical Dept.**
Current Job Title

**510 N. Commerce St.**
Current Work Address

**Tupelo**     **MS.**     **38804**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 Prisoner Complaint

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 Prisoner Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Lee County Adult Jail_

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

_Medical Rights_

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> Who did what to you?

I went to Medical about my right side going Num and I was told I had Nerves Damage By The (NP) And was told They was Nothing they could Do about it when I get out to seek my own Medical Treatment... I filed A grevice to the Administration and was told to Bond out and get my own Medical help I've been here almost 3 yrs And can't make Bond...

Rev. 5/2017 Prisoner Complaint

**What happened to you?** The (NP) said I had Nerve Damage and was refussed Medical treatment

**When did it happen to you?** August 2020

**Where did it happen to you?** Lee County Jail

Rev. 10/2015 Prisoner Complain

| What was your injury? | Nerve Damage |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
  If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
  If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Get me the Medical treatment I need and whatever the Court thinks is right & fair for Pain and Suffering

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   1

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Lee County Case # 1:20-CV-00180-DAS Religionuse Act. & The food Not Being 2200 Calories... Still Pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/13/2020
Dated

Plaintiff's Signature

Jamey Paul Burrage
Printed Name

81800
Prison Identification #    Lee County Adult Jail

510 N. Commerce St.,  Tupelo   MS.   38804
Prison Address           City              State   Zip Code

Note: Please Note to whom it May Concern I James Paul Burrage am writting you to Ask you to Please Make a copy of 1 of 5 I was refussed A copy of page 5 in this Complaint Thank you so Much in this Matter

*James Paul Burrage*

10/13/2020

P.S. Put A Copy of Page (1 of 5) IN The Defendant's Copy of this Complaint...

Jamey Phillips — case #[illegible]
Lee County Jail Adult
510 N. Commerce St.
Tupelo, MS. 38804

Legal Mail

To: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OFFICE OF THE CLERK
203 Gilmore Dr.
Amory, MS. 38821

INMATE MAIL
LEE COUNTY SHERIFF'S D[ept]
TUPELO, MS

X-RAYED

RECEIVED
OCT 19 2020
United States District Court
Northern District of Mississippi

Jamey Paul Burrage
81800
Lee County Adult Jail
510 Commerce St.
Tupelo, MS 38804

MEMPHIS TN 380
INMATE MAIL
LEE COUNTY SHERIFF'S DEPARTMENT
OCT 2020 PM 4 L
TUPELO, MS

RECEIVED
NOV - 2 2020
United States District Court
Northern District of Mississippi

Legal
Mail

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
203 GILMORE DRIVE
AMORY, MS 38821

OFFICIAL BUSINESS

38821-540203