IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                  **PLAINTIFF**

**v.**                                                  **No. 1:20CV222-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**                 **DEFENDANT**

### ORDER REQUIRING PLAINTIFF TO NAME PROPER
### DEFENDANT WITHIN 21 DAYS

This matter comes before the court, *sua sponte*, for consideration of dismissal. The plaintiff has alleged that medical personnel at the Lee County Adult Detention Center provided him with inadequate medical care for numbness on his right side. He has, however, named only the "Lee County Adult Jail Medical Dept." as a defendant. As this defendant is not a person or entity amenable to suit, the defendant must be dismissed. Further, as the sole defendant in this case must be dismissed, the case, itself, must also be dismissed, unless the plaintiff can identify individuals who may be responsible for the acts or omissions which led to his filing this suit.

Therefore, it is **ORDERED** that, within 21 days of the date of this order, the plaintiff must provide the names of individuals whose actions or omissions led to the filing of this suit. He must also describe the acts or omissions of each individual defendant which he believes caused him injury. *Failure to comply with this order in a timely manner will lead to the dismissal of this case*.

**SO ORDERED**, this, the 26th day of April, 2021.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE