IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                         **PLAINTIFF**

**v.**                                              **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**            **DEFENDANT**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                       **PLAINTIFF**

**v.**                                              **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**                               **DEFENDANTS**

**ORDER *DISMISSING AS MOOT* DEFENDANT'S
MOTION [28] TO CONSOLIDATE CASES**

This matter comes before the court on the motion [28] by defendant Jamie Burrell to consolidate the present case with *Burrage v. Lee Co. Adult Jail*, 1:21CV103-NBB-RP. As the court has already consolidated these cases, the instant motion [28] is **DISMISSED** as moot.

**SO ORDERED**, this, the 7th day of February, 2022.

                                                                 /s/ Roy Percy
                                                           UNITED STATES MAGISTRATE JUDGE