IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                                     **PLAINTIFF**

v.                                            **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**                  **DEFENDANT**

**Consolidated With**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                                    **PLAINTIFF**

v.                                            **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**                                     **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [20 in Companion Case]
FOR RELEASE FROM THE LEE COUNTY JAIL**

This matter comes before the court on the motion [20 in Companion Case] by the plaintiff to be released from the Lee County Jail. In the Fifth Circuit, *habeas corpus* petitions are the "exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release, even though such a claim may come within the literal terms of § 1983." *Heck v. Humphrey,* 512 U.S. 477, 481, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *see also Edge v. Stalder*, 240 F.3d 1074 (5th Cir. 2000). For this reason, the plaintiff's request [20 in Companion Case] for release from incarceration is **DENIED**.

**SO ORDERED**, this, the 8th day of February, 2022.

                                                                       /s/    Roy Percy
                                                           UNITED STATES MAGISTRATE JUDGE