IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                                  **PLAINTIFF**

v.                                                 **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**           **DEFENDANT**

**Consolidated With**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                             **PLAINTIFF**

v.                     **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**                  **DEFENDANTS**

**ORDER *DENYING* PLAINTIFFS MOTIONS [31, 39 in Lead Case],
[29 in Companion Case] FOR EXAMINATION
BY OUTSIDE DOCTOR**

This matter comes before the court on the motions [31, 39 in Lead Case], [29 in Companion Case] by Jamey Paul Burrage to be examined by an outside doctor to diagnose the cause of numbness and tingling he feels on his right side. A prisoner's mere disagreement with medical treatment provided by prison officials does not state a claim against the prison for violation of the Eighth Amendment by deliberate indifference to his serious medical needs. *Gibbs v. Grimmette*, 254 F.3d 545 (5th Cir.2001); *Norton v. Dimazana*, 122 F.3d 286, 292 (5th Cir. 1997); *see also Stepnay v. Goff*, 164 Fed.Appx. 767, 770 (10th Cir. 2006) (Inmate with staph infection cannot avoid dismissal "by merely asserting conclusory allegations that his condition obviously required a doctor's attention because most skin conditions are not intuitively serious.") In this case the plaintiff merely disagrees with the decision by medical personnel to monitor his condition, rather than refer him

for outside treatment. As such, the instant motions [31, 39 in Lead Case], [29 in Companion Case] for referral to an outside medical provider are **DENIED.**

    **SO ORDERED**, this, the 8th day of February, 2022.

                                          /s/   Roy Percy
                                       UNITED STATES MAGISTRATE JUDGE