IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                                  **PLAINTIFF**

v.                                                           No. 1:20CV222-NBB-RP

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**             **DEFENDANT**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                                   **PLAINTIFF**

v.                                                           No. 1:21CV103-NBB-RP

**LEE COUNTY ADULT JAIL, ET AL.**                                 **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTIONS [40, 41, 44, 45, 46, 48 in Lead Case], [30, 31, 34, 35, 36, 38 in Member Case] TO SUPPLEMENT WITNESS LIST**

This matter comes before the court on the plaintiff's motions [40, 41, 44, 45, 46, 48 in Lead Case], [30, 31, 34, 35, 36, 38 in Member Case] to supplement his witness list. The motions are well taken and are **GRANTED**.

**SO ORDERED**, this, the 9th day of May, 2022.

                                                                     /s/ Roy Percy
                                                                UNITED STATES MAGISTRATE JUDGE