IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                            **PLAINTIFF**

**v.**                         **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**           **DEFENDANT**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                            **PLAINTIFF**

**v.**                         **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**           **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT
IN HIS FAVOR BASED ON THE DEFENDANTS' ALLEGED FAILURE
TO PROVIDE PHOTOGRAPHS, VIDEOS, AND OTHER DOCUMENTS**

This matter comes before the court on the plaintiff's motion [50 in Lead Case, 40 in Member Case] for the court to enter judgment in his favor because the defendants allegedly failed to provide him relevant discovery in accordance with the court's scheduling order. The defendants have responded to the motion, noting that they have responded to the court's scheduling order by producing 236 pages of documents. As the defendants have averred that they have produced the available documents described in the scheduling order, the instant motion [50 in Lead Case, 40 in Member Case] is **DENIED**.

**SO ORDERED**, this, the 9th day of May, 2022.

                                                               /s/     Roy Percy
                                                              UNITED STATES MAGISTRATE JUDGE