IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                  **PLAINTIFF**

**v.**                            **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**         **DEFENDANT**

**Consolidated With**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                  **PLAINTIFF**

**v.**                          **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**                       **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [57 in Lead Case, 47 in Member Case]
TO CHARGE LEE COUNTY EMPLOYEES WITH TAMPERING
WITH FEDERAL EVIDENCE**

      This matter comes before the court on the plaintiff's Motion [57 in Lead Case, 47 in Member Case] to Charge Lee County Employees with Tampering with Federal Evidence. As charging persons with a federal crime is a function of the executive branch of government, the court (part of the judicial branch) is without authority to do so. As such, the instant motion [57 in Lead Case, 47 in Member Case] is **DENIED**.

      **SO ORDERED**, this, the 9th day of May, 2022.

                                                                /s/    Roy Percy
                                                                UNITED STATES MAGISTRATE JUDGE