IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                         **PLAINTIFF**

**v.**                                  **No. 1:20CV222-NBB-RP**

**LEE COUNTY ADULT JAIL MEDICAL DEPARTMENT**          **DEFENDANT**

Consolidated With

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMEY PAUL BURRAGE**                                                    **PLAINTIFF**

**v.**                      **No. 1:21CV103-NBB-RP**

**LEE COUNTY ADULT JAIL, ET AL.**                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion[1] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of the defendants in all respects.

**SO ORDERED**, this, the 18th day of July, 2022.

                                                                   /s/ Neal Biggers
                                                                   NEAL B. BIGGERS
                                                                   SENIOR U. S. DISTRICT JUDGE

---

[1] Docket no. 72 in the Failure to Protect case, *Burrage v. Lee County Adult Jail, et al.*, 1:21CV103-NBB-RP; Docket no. 72 in the Denial of Medical Care Case, *Burrage v. Lee County Adult Jail Medical Department*, 1:20CV222-NBB-RP.